CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

L. SCOTT KARLIN (SBN: 90605)
lsk@karlinlaw.com
MICHAEL J. KARLIN (SBN: 272442)
mike@karlinlaw.com
REX T. REEVES (SBN: 136842)
rex@karlinlaw.com
THE KARLIN LAW FIRM LLP
13522 Newport Avenue, Suite 201
Tustin, California 92780
Telephone: (714) 731-3283
Facsimile: (714) 731-5741
Attorney for Defendants
MacDonald and Albert, LP and Philip R. McDonald

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>MACDONALD AND ALBERT, LP, a California Limited Partnership; PHILIP R. MCDONALD; and Does 1-10,<br><br>    Defendants. | Case: 2:20-CV-07280-RGK-PJW<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# STIPULATION

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 21, 2020          CENTER FOR DISABILITY ACCESS

                                 By: /s/ Amanda Seabock
                                     Amanda Seabock
                                     Attorneys for Plaintiff

Dated: October 21, 2020          THE KARLIN LAW FIRM, LLP

                                 By: /s/ Rex T. Reeves
                                     Rex T. Reeves
                                     Attorneys for Defendants
                                     MacDonald and Albert, LP and Philip
                                     R. McDonald

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Rex T. Reeves, counsel for MacDonald and Albert, LP and Philip R. McDonald, and that I have obtained Mr. Reeves's authorization to affix his electronic signature to this document.

Dated: October 21, 2020  CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
    Amanda Seabock
    Attorneys for Plaintiff